# Exhibit 2

| US7819545 | Hoselink Solar Party String Lights ("The accused product") |
|---|---|
| 1. An outdoor decorative solar powered lighting system, comprising: | The accused product is an outdoor decorative solar powered lighting system.<br><br>The accused product is a decorative lighting used outdoor.<br><br><br>https://www.hoselink.com/products/warm-white-solar-festoon-lights-starter-set |

| | |
|---|---|
| |   https://www.youtube.com/watch?v=shXOv4NHtIw |

| | |
|---|---|
| | <br>https://www.youtube.com/watch?v=shXOv4NHtIw |
| a flexible, elongated light string; | The accused product discloses a flexible, elongated light string (e.g., string of LED bulbs of the product).<br><br>As shown below, the accused product has flexible light strings of LED bulbs which allow the user to arrange them as they wish. |

| | |
|---|---|
| | <br>https://www.hoselink.com/products/warm-white-solar-festoon-lights-starter-set<br><br>https://www.hoselink.com/products/warm-white-solar-festoon-lights-starter-set |

| | |
|---|---|
| an electrical wire extending through the light string and commensurate in length therewith; | The accused product discloses an electrical wire (e.g., wires carrying current to provide power to the LED bulbs) extending through the light string (e.g., string of LED bulbs of the product) and commensurate in length therewith.<br><br>As shown below, the accused product includes a light string portion. A light string uses electrical wire throughout its length to provide electricity to the LED bulbs.<br><br><br>https://www.youtube.com/watch?v=shXOv4NHtIw |

| | |
|---|---|
| | **Components of LED String Lights**<br><br>LED string lights typically consist of several key components, including a power source, LED bulbs, and wiring. The power source can be battery-operated or plugged into an electrical outlet, depending on the design of the lights.<br><br>The LED bulbs are connected along a wire or string, allowing them to be easily hung or positioned in various arrangements. These components work in unison to create the desired lighting effect, whether for festive occasions like holidays or for everyday decorative purposes. The wiring is often designed to be durable and weather-resistant, making outdoor use feasible without compromising safety or performance.<br>https://www.paclights.com/explore/led-string-lights-lighting-explained/<br><br>**Sections**<br><br>Most low voltage LED strings are made with the LEDs wired into in sections. Each section usually contains 10 to 12 LEDs wired in series and also has a current limiting resistor as shown below. As the LEDs in a given section are all wired in series, the current through each will be the same.<br><br>Most common LEDs are rated for operation at a maximum continuous current of 20mA. As the LEDs in Christmas light strings are of unknown origin with no defined current rating, a cautious approach of only running them at 10mA seems prudent. This also means they are less likely to fail prematurely in hotter conditions. The lower current will also bring about less voltage drop (losses) in the wiring.<br><br>The overall string will have many of these sections wired in parallel. For example, a 200 LED string will usually have 20 sections, each with 10 LEDs. The more sections an LED string has, the more current it requires to operate. The working voltage however remains the same, as that is determined by the number of LEDs in each section and the value of the resistor.<br>https://auschristmaslighting.com/wiki/LED-String-Wiring |
| a plurality of sockets mounted on the light string and spaced evenly therealong; | The accused product discloses a plurality of sockets (e.g., black sockets of the accused product used to mount an LED bulb) mounted on the light string (e.g., string of LED bulbs of the product) and spaced evenly therealong.<br><br>As shown below, the accused product has evenly distanced black colored sockets which hold LED bulbs along its light string. |




https://www.hoselink.com/products/warm-white-solar-festoon-lights-starter-set



| | |
|---|---|
| | https://www.hoselink.com/products/warm-white-solar-festoon-lights-starter-set   https://www.youtube.com/watch?v=shXOv4NHtIw |
| a plurality of light bulbs mounted to the sockets with one light bulb being mounted to each respective socket; | The accused product discloses a plurality of light bulbs (e.g., LED bulbs of the accused product) mounted to the sockets (e.g., black sockets of the accused product used to mount an LED bulb) with one light bulb (e.g., LED bulb of the accused product) being mounted to each respective socket (e.g., black socket of the accused product).<br><br>As shown below, an LED bulb is mounted to each socket along the light string. |

| | |
|---|---|
| |   https://www.hoselink.com/products/warm-white-solar-festoon-lights-starter-set<br>  https://www.hoselink.com/products/warm-white-solar-festoon-lights-starter-set |

<table>
<tr><td></td><td>

https://www.youtube.com/watch?v=shXOv4NHtIw</td></tr>
<tr><td>a solar collector electrically connected to the light string and including a bottom side and an upper side;</td><td>The accused product discloses a solar collector (e.g., solar power unit of the accused system) electrically connected to the light string (e.g., string of LED bulbs of the product) and including a bottom side (e.g., side of the solar power unit facing away from the sun) and an upper side (e.g., side of the solar power unit facing the sun).<br><br>As shown below the accused product has a solar power unit, which contains a solar panel and battery for powering the light strings. The solar power unit has two sides, an upper side having a solar panel which faces the sun and another side which offer a mounting surface and faces away from the sun.</td></tr>
</table>

| | |
|---|---|
| |  https://www.youtube.com/watch?v=shXOv4NHtIw |

| | |
|---|---|
| | <br>https://www.youtube.com/watch?v=shXOv4NHtIw |

<table>
<tr><td></td><td>

https://www.youtube.com/watch?v=shXOv4NHtIw</td></tr>
<tr><td>the solar collector including a housing and at least one solar panel supported in the housing for collecting radiant energy from the sun;</td><td>The accused product discloses a solar collector (e.g., solar power unit of the accused system), the solar collector (e.g., solar power unit of the accused system) including a housing and at least one solar panel supported in the housing for collecting radiant energy from the sun.<br><br>As shown below the accused product has a solar power unit, which contains a solar panel and battery for powering the light strings. The solar panel converts light from the sun into energy stored in the battery.</td></tr>
</table>

| | |
|---|---|
| | <br>https://www.youtube.com/watch?v=shXOv4NHtIw |

<table>
<tr>
<td></td>
<td>


https://www.youtube.com/watch?v=shXOv4NHtIw
<table>
<tr><td>Materials</td><td>ABS + Glass</td></tr>
<tr><td>Solar panel size</td><td>W8in x D5in</td></tr>
<tr><td>Solar panel</td><td>5V / 3W</td></tr>
<tr><td>Light color</td><td>Warm white</td></tr>
</table>
https://www.hoselink.com/products/warm-white-solar-festoon-lights-starter-set
</td>
</tr>
<tr>
<td>a rechargeable battery contained within the</td>
<td>The accused product discloses a rechargeable battery (e.g., 2200mAh battery of the accused product) contained within the housing (e.g., housing of the solar</td>
</tr>
</table>

| | |
|---|---|
| housing and electrically connected to the solar panel for providing energy to the rechargeable battery; and | power unit) and electrically connected to the solar panel (e.g., solar panel of the solar power unit) for providing energy to the rechargeable battery (e.g., 2200mAh battery of the accused product).<br><br>As shown below the accused product has a solar panel which is electrically connected to a 2200 mAh battery. The solar panel uses sunlight to charge the 2200 mAh battery for storing energy.<br><br>Solar panel size: W8in x D5in<br>Solar panel: 5V / 3W<br>Light color: Warm white<br>LED lumens: 240<br>Light temperature (kelvins): 2200K<br>Battery capacity: 2200mAh / 3.7V<br><br>https://www.hoselink.com/products/warm-white-solar-festoon-lights-starter-set |

Product Installation - Option 2

Follow these steps to mount to a wall or fence using the supplied plugs and screws:

**STEP ONE:** Mark out the holes with a marker pen.

**STEP TWO:** Using a 15-64" drill piece for masonry installation, drill the two holes.

**STEP THREE:** Gently hammer the plugs into place and then secure the screws tightly.

**FOR TIMBER:** Drill 1/8" pilot holes to guide the screws into place (plastic plugs are not required).

Specifications

| | |
|---|---|
| SOLAR PANEL | 5.5V/3W |
| LITHIUM BATTERY | 3.7V/2200mAh |
| WORKING TIME | 8-12 hours<br>(depending on light mode) |
| CHARGE TIME | 8 hours |
| STRING LENGTH | 26 Feet |
| DISTANCE TO FIRST BULB | 2 1/2 Feet |

https://cdn.shopify.com/s/files/1/0051/7845/8147/t/14/assets/ecca39ec8e9b--USL460-Manual-WEB.pdf?v=1644454347

**Charging with the Solar Panel**

With a powerful integrated 3.7V 2200mAh rechargeable Li-ion battery, you'll never need to worry about it running out of juice!

Either mount the solar panel using the included screws or use the spike to place anywhere in your garden.

The solar panel can be charged separate to the position of the string lights, meaning you can mount the string lights wherever you like (whether sunny or not - even indoors) then position the panel to capture the sun during the day and re-attach in the evening to power the lights.

For consecutive rainy days or in winter, you can charge the solar panel separately using the micro USB port on the back of the solar panel. When charging you will see a red light, when the light is fully charged it will turn green.

To check whether the panel has charged during daylight hours, simply cover the solar panel to see whether the lights come on.

https://www.hoselink.com/products/warm-white-solar-festoon-lights-starter-set

| | |
|---|---|
| a regulator switch electrically interconnected to the battery and the light string | The accused product discloses a regulator switch (e.g., a switch controlling the lights) electrically interconnected to the battery (e.g., 2200mAh battery of the accused product) and the light string (e.g., string of LED bulbs of the product) for automatically switching the light bulbs (e.g., LED bulbs of the accused product) |

| | |
|---|---|
| for automatically switching the light bulbs on and off whereby the switch is disposed to the open state from sunrise to sunset thereby preventing the light bulbs from lighting and the switch automatically going to the closed state upon sunset thereby closing the circuit and causing the light bulbs to light. | on and off whereby the switch (e.g., a switch controlling the lights) is disposed to the open state from sunrise to sunset thereby preventing the light bulbs (e.g., LED bulbs of the accused product) from lighting and the switch (e.g., a switch controlling the lights) automatically going to the closed state upon sunset thereby closing the circuit and causing the light bulbs (e.g., LED bulbs of the accused product) to light.<br><br>As shown below, the accused product has a switch electrically connected to the battery and the LED bulb light strings. The accused product uses the switch to turn on the LED bulbs at dusk and turn off the LED bulbs at dawn. The switch is disposed in an open state to prevent current from flowing through the LED bulbs and thus keeping them off during the presence of sunlight. Similarly, the switch is disposed in a closed state to allow current from flowing to the LED bulbs during the absence of sunlight.<br><br>**Lighting modes:**<br><br>To change between the four lighting modes, simply press the **mode** button on the back of the solar panel. Lighting modes shown below;<br>① Constant light<br>② Slow flash<br>③ Quick flash<br>④ Pulsating light<br><br>This product runs on a parallel circuit, meaning if one globe is blown the remainder will still function correctly. **Two spare bulbs are supplied with each set.** If one of the bulbs turns off suddenly, please ensure the bulb is tightly secured because if the connection is loose the light will not work.<br><br>Once the light switch is turned on at the back of the solar panel, the lights will automatically come on at dusk and turn off at dawn.<br>https://www.hoselink.com/products/warm-white-solar-festoon-lights-starter-set |

| | |
|---|---|
| | <br><br>https://www.youtube.com/watch?v=shXOv4NHtIw |

| | |
|---|---|
| |   https://www.youtube.com/watch?v=shXOv4NHtIw |